Jonah A. Grossbardt (State Bar No. 283584)
**SRIPLAW**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorneys for Plaintiff
CHRIS CRISMAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS CRISMAN,<br><br>Plaintiff,<br><br>vs.<br><br>GOOD & CO LABS, INC.,<br><br>Defendant. | **Case Number:**<br><br>**Copyright Infringement**<br><br>**Demand for Jury Trial** |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff CHRIS CRISMAN by and through his undersigned counsel, hereby brings this Complaint against Defendant GOOD & CO LABS, INC. for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff CHRIS CRISMAN ("Crisman") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Crisman's original copyrighted works of authorship.

2. Crisman is a professional photographer who focuses on photographing people in a variety of types of work and strives to obtain the most human connection from the person and the power from the space to balance it out. His career has been

fueled by making his work tell a story, to create an emotional response, beyond reality and a bit surreal.  He is a master of lighting, and has recently been creating many "moving" stills.

3. Crisman's current project "Women's Work" focuses on women working in industries dominated by men.  Crisman travels approximately 6 months of the year, and has shot in every state of the USA.  Crisman has received the Luerzers Archive 200 Best Photographers Worldwide Award, and awards from Communication Arts Phto Annual, Graphis Photography Annual, American Photography, One Eyeland Photographer of the Year, IPA Awards, and PDN Faces.  His clients include Panasonic, Pearle Vision, Pfizer, Merck, AstraZeneca, American Standard, Shell and ExxonMobil.

4. Defendant GOOD & CO LABS, INC. ("GCL") is a service provider that helps companies hire people to fit, balance, and grow their teams, all in the name of happier workplaces, greater productivity and reduced turnover.  At all times relevant to herein, GCL is the owner of the website located at the URL "https://good.co/" (the website).

5. Crisman alleges that GCL copied Crisman's copyrighted work from the internet in order to advertise, market and promote its business activities.  GCL committed the violations alleged in connection with GCL's business for purposes of advertising and promoting sales to the public in the course and scope of GCL's business.

## JURISDICTION AND VENUE

6. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8. GCL is subject to personal jurisdiction in California.

9. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

**DEFENDANT**

10. Good & Co Labs, Inc. is a Delware corporation with its principal place of business at 60 Francisco Street, San Francisco, California 94133, and can be served by serving its Registered Agent, Mr. Samar Birwadker, at the same address.

**THE COPYRIGHTED WORK AT ISSUE**

11. In 2011, Crisman created a photograph entitled "cc2011075_0022", which is shown below and referred to herein as the "Work".



12. Crisman registered the Work with the Register of Copyrights on January 4, 2012 and was assigned the registration number VAu 1-099-734. The Certificate of Registration is attached hereto as Exhibit 1.

13. At all relevant times Crisman was the owner of the copyrighted Work at issue in this case.

**INFRINGEMENT BY DEFENDANT**

14. GCL has never been licensed to use the Work at issue in this action for any purpose.

COMPLAINT FOR COPYRIGHT INFRINGEMENT
PAGE NO. 3 OF 5

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, GCL copied the Work.

16. GCL copied Crisman's copyrighted Work without Crisman's permission.

17. After GCL copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of their mission to help companies hire people to fit, balance and grow their teams, all in the name of happier workplaces, greater productivity and reduced turnover.

18. GCL copied and distributed Crisman's copyrighted Work in connection with GCL's business for purposes of advertising and promoting GCL's business, and in the course and scope of advertising and selling products and services.

19. Crisman's Work is protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

20. GCL committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

21. Crisman never gave GCL permission or authority to copy, distribute or display the Work at issue in this case.

22. Crisman notified GCL of the allegations set forth herein on July 9, 2019 and July 31, 2019. To date, the parties have failed to resolve this dispute.

## COUNT I
## COPYRIGHT INFRINGEMENT

23. Plaintiff incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Crisman owns a valid copyright in the Work at issue in this case.

25. Crisman registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. GCL copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Crisman's authorization in violation of 17 U.S.C. § 501.

27. GCL performed the acts alleged in the course and scope of its business activities.

28. GCL's acts were willful.

29. Crisman has been damaged.

30. The harm caused to Crisman has been irreparable.

WHEREFORE, Plaintiff prays for judgment against the Defendant Good & Co Labs, Inc. that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon; and

d. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: April 20, 2020            */s/ Jonah A. Grossbardt*
                                 JONAH A. GROSSBARDT
                                 **SRIPLAW**
                                 Attorneys for Plaintiff Chris Crisman