UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRIS CRISMAN,<br><br>　　　　　Plaintiff,<br><br>　　vs<br><br>GOOD & CO LABS, INC.,<br><br>　　　　　Defendant. | Case No. 3:20-cv-02722-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE THE DEADLINE TO FILE THE CASE MANAGEMENT STATEMENT AND THE CASE MANAGEMENT CONFERENCE**<br><br>**Judge:  Honorable Vince Chhabria** |

　　　　Before the Court is Plaintiff's Administrative Motion to continue the deadline to file the case management statement and the case management conference. The court, having considered the Motion and having found good cause, therefore hereby **ORDERS** that the motion is **GRANTED** and the deadline to file the case management statement is _____, 2020 and the case management conference is on _____, 2020

DATED: September 23, 2020

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

**DENIED**
/s/ Judge Vince Chhabria