William L. Osterhoudt (SBN 43021)
Law Offices of William L. Osterhoudt
135 Belvedere Street
San Francisco, CA 94117
Telephone: (415) 664-4600
Fax: (415) 664-4691
Email: osterhoudt@aol.com

Frank S. Moore, Esq. (SBN 158029)
Law Offices of Frank S. Moore, APC
235 Montgomery Street, Suite 440
San Francisco, California 94104
Telephone:    (415) 292-6091
Fax: (415) 292-6694
Email: fsmoore@pacbell.net

Attorneys for GOOD & CO LABS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS CRISMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOD & CO LABS, INC.,<br><br>　　　　Defendant. | Case No. 3:20-cv-02722 VC<br><br>The Hon. Vince Chhabria<br><br>**STIPULATION TO EXTEND**<br>**TIME TO FILE RESPONSIVE PLEADING** |

TO THE CLERK OF THE COURT:

Plaintiff CHRIS CRISMAN ("Plaintiff"), by and through his counsel, and Defendant GOOD & CO LABS, INC. ("Defendant"), by and through its counsel, agree and stipulate as follows:

IT IS HEREBY STIPULATED that Defendant shall have up to and including November 6, 2020, within which to file its response to Plaintiff's Complaint filed on April 20, 2020:

1. Defendant was served on September 30, 2020, and its Answer is currently due October 21, 2020.

2. Since Defendant was served, Defendant located local counsel to make an initial appearance in this matter for purposes of securing this stipulation and to act as sponsoring counsel for its counsel of choice, Thomas E. Graham of Graham Law Firm, 2714 Rothwood Drive, Charlotte, NC 28211, to appear in this case *pro hac vice*.

3. This is the first stipulation for an extension of time to respond to the Complaint, and this request is not being made for purposes of delay or any other improper reason.

IT IS SO STIPULATED.

Dated: October 14, 2020          Law Offices of William L. Osterhoudt


By: /s/ William L. Osterhoudt
William L. Osterhoudt
Attorney for GOOD & CO LABS, INC.

DATED: October 14, 2020          Law Offices of Frank S. Moore


By: /s/ Frank S. Moore
Frank S. Moore
Attorney for GOOD & CO LABS, INC.

DATED: October 14, 2020          SRIPLAW


By: /s/ John A. Grossbardt
Jonah A. Grossbardt
Attorney for CHRIS CRISMAN

## ORDER

Based on the foregoing stipulation:

IT IS HEREBY ORDERED that Defendant GOOD & CO LABS, INC. shall have up to and including November 6, 2020, within which to file its response to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: October 14, 2020

By: 
Hon. Judge Vince Chhabria
United States District Court Judge

## **CERTIFICATE OF SERVICE**

This is to certify that on the 14th day of October 2020, I electronically filed the foregoing STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING using the Court's CM/ECF filing system which sends notification of such filing to all parties and/or counsel of record.

Jonah A. Grossbardt
jonah.grossbardt@sriplaw.com

William L. Osterhoudt
osterhoudt@aol.com

Frank S. Moore,
fsmoore@pacbell.net

DATED: October 14, 2020          /s/ William L. Osterhoudt
                                  William L. Osterhoudt